# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2440
LT Case Nos. 2019-CF-001838-A
2019-CF-001839-A

_____

BUSTER PETAWAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Brett S. Chase, of Chase Law Florida, P.A., Saint Petersburg,
for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

May 28, 2026

PER CURIAM.

AFFIRMED.

EISNAUGLE, HARRIS, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————